IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **EDNA M. ORR-ROACH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | No. 23-4009-JWL |
| **KILOLO KIJAKAZI,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

**ORDER**

Plaintiff filed a motion for leave to file this action without payment of fees, costs, or security. (Doc. 3). 28 U.S.C. § 1915(a), states:

> ...any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding ... without prepayment of fees or security therefor, by a person who submits an affidavit ... that the person is unable to pay such fees or give security therefor.

The court has reviewed Plaintiffs filing and finds that she has not demonstrated that she lacks the financial resources to pay the filing fee in this case.

Proceeding in forma pauperis (IFP) in a civil case is a privilege which is within the court's discretion to grant or to deny. White v. Colorado, 157 F.3d 1226, 1233 (10th Cir. 1998) ("a privilege not a right-fundamental or otherwise"); Cabrera v. Horgas, No. 98-4231, 1999 WL 241783, at *1 (10th Cir. Apr. 23, 1999) (within sound discretion of trial court), cert. denied, 531 U.S. 832 (2000). Denial, however, must not be arbitrary or

based on erroneous grounds.  Buggs v. Riverside Hosp., No. 97-1088-WEB, 1997 WL 321289, at *8 (D. Kan. Apr. 9, 1997).

Plaintiff's Affidavit of Financial Status makes clear that she has the financial resources to pay the filing fee in this case.  Plaintiff reports net monthly household income of $2,641.48 and total reported monthly household expenses are $2,821.49.  (Doc. 3, Attach. 1, pp.3-5).  Based on this information, Plaintiff's monthly expenses exceed monthly income by $180.01.  However, the affidavit also reports the "amount of cash on hand, in my checking account(s) or saving account(s)" as $2,266.16.  Id. at p.4.

The court finds that Plaintiff has not met her burden to show that she cannot afford to pay the filing fee in this case.  Therefore, her Motion to Proceed Without Prepayment of Fees is denied.  The filing fee in this case shall be paid no later than March 1, 2023 or the case will be dismissed.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (Doc. 3) is DENIED.

**IT IS FURTHER ORDERED** that the filing fee in this case shall be paid no later than March 1, 2023.

A copy of this order shall be delivered to Plaintiff's council in the court's CM/ECF system.

Dated at Kansas City, Kansas on February 8, 2023.

                                          s:/ John W. Lungstrum
                                          **John W. Lungstrum**
                                          **United States District Judge**